THE STATE EX REL. SEARLES, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Searles v. Indus. Comm.,*
98 Ohio St.3d 390, 2003-Ohio-1493.]

(No. 2002–0960—Submitted February 25, 2003—Decided April 9, 2003.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

RESNICK and F.E. SWEENEY, JJ., dissent and would reverse the judgment of the court of appeals.

Law Office of Thomas Tootle and Thomas Tootle, for appellant.

Jim Petro, Attorney General, and Phil Wright Jr., Assistant Attorney General, for appellee.